MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for defendant Nationstar Mortgage LLC
d/b/a Mr. Cooper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY GAYLE (MITCHELL),<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC DBA MR. COOPER; AND ANY AND ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST,<br><br>                    Defendants. | Case No.:   2:21-cv-00391−APG−BNW<br><br>**NATIONSTAR MORTGAGE LLC'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Defendant Nationstar Mortgage LLC files this motion to request a one-week extension to file its responsive pleading to March 23, 2021. In support of its motion, Nationstar states as follows:

1.    Plaintiff Tracy Gayle Mitchell filed her complaint in state court on February 8, 2021. ECF No. 1-2, at 2.

2.    Nationstar was served on February 16, 2021. *Id.* at 121.

3.    Nationstar removed Ms. Mitchell's action to this court on March 9, 2021, well before Nationstar's removal deadline of March 18, 2021. ECF No. 1; 28 U.S.C. § 1446(b).

4.    Nationstar requests a one-week extension to file its responsive pleading. Nationstar requests this extension to allow its counsel adequate time to collect and review documents and information relevant to Ms. Mitchell's loan at issue in this lawsuit and litigation history.

5.    This is Nationstar's first request for an extension.

1

6. This request is brought in good faith and not made to unnecessarily delay the proceedings in this matter.

7. No party will be burdened by this request and, respectfully, neither will the extension unduly burden the Court.

Nationstar respectfully requests the Court grant its motion to extend its deadline to file its responsive pleading, extending the deadline to answer or otherwise plead to Ms. Mitchell's complaint through and until **March 23, 2021**.

DATED March 16, 2021.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: 3/19/2021

2

57258909;1