UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY GAYLE MITCHELL,<br><br>     Plaintiff<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>     Defendant | Case No.: 2:21-cv-00391-APG-BNW<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 8] |

I ORDER that defendant Nationstar Mortgage LLC's motion to dismiss **(ECF No. 8) is GRANTED as unopposed**. LR 7-2(d).  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 16th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE